**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KELLYE CROFT,<br><br>Plaintiff,<br><br>v.<br><br>HARVEY WEINSTEIN and JAMES DOLAN,<br><br>Defendants. | Case No. 1:26-cv-8171<br><br>Removed from the Supreme Court of the State of New York, in and for the County of New York<br><br>Index No. 161784/2026 |

## CERTIFICATE OF SERVICE

Undersigned counsel, admitted to practice law in the State of the New York and members of the bar of this Court, hereby certify that on September 21, 2026, a copy of the Notice of Filing of Notice of Removal (including as-filed stamped copies of the Notice of Removal and all supporting documents filed with this Court as ECF Doc. No. 1), attached hereto as Exhibit 1, was filed electronically with the Supreme Court of the State of New York, New York County to the docket of *Croft v. Weinstein*, Index No. 161784/2026 (Sup. Ct. N.Y. County Sept. 18, 2026) at Doc. Nos. 2–3, using the NYSCEF electronic filing system which sends notification of filing to all attorneys of record.

In addition, the undersigned caused a copy of the electronically filed documents to be served via U.S. Mail upon counsel for Plaintiff:

Douglas H. Wigdor
Meredith A. Firetog
Wigdor LLP
85 Fifth Avenue
New York, New York 100032
Tel.: (212) 257-6800

Kevin Mintzer
Laura L. Koistinen
Law Office of Kevin Mintzer, P.C.
1350 Broadway, Suite 1410
New York, New York 10018
Tel.: (646) 843-8180

I also caused a copy of the foregoing to be served via U.S. Mail upon the following Defendant:

Harvey Weinstein
Outposted Therapeutic Housing Unit at Bellevue
New York City Department of Correction
462 1st Avenue,
New York, NY 10016

Respectfully submitted,

Dated: New York, New York
September 21, 2026

*<u>/s/ Alexander Parachini</u>*

By: PERRY LAW
Joshua Perry
E. Danya Perry
Alexander Parachini
445 Park Avenue, 7th Floor
New York, NY 10022
(212) 251-2619
jperry@danyaperrylaw.com
dperry@danyaperrylaw.com
aparachini@danyaperrylaw.com

*Counsel for James Dolan*