**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KELLYE CROFT,<br><br>Plaintiff,<br><br>v.<br><br>HARVEY WEINSTEIN and JAMES DOLAN,<br><br>Defendants. | Case No.: 1:26-cv-08171-PAE<br><br>Removed from the Supreme Court of the State of New York, in and for the County of New York<br><br>Index No. 161784/2026 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kellye Croft, by her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants Harvey Weinstein and James Dolan.

Dated: September 21, 2026
New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: ______________________
Douglas H. Wigdor

85 Fifth Avenue
New York, New York 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com

*Counsel for Plaintiff*